JOHN EICHHORST (No. 139598)
Email: jeichhorst@howardrice.com
JEREMY T. KAMRAS (No. 237377)
Email: jkamras@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiff
CYBERHOME ENTERTAINMENT CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CYBERHOME ENTERTAINMENT CO., LTD., a Taiwan Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>CYBERHOME ENTERTAINMENT, INC., a California Corporation,<br><br>        Defendant. | No. C 06-05596 SC<br><br>NOTICE OF DISMISSAL BY PLAINTIFF<br>Rule 41(a)(1) F.R.Civ.P. |

NOTICE OF DISMISSAL BY PLAINTIFF

1  PLEASE TAKE NOTICE that the above-entitled action is hereby dismissed by the
2  Plaintiff, CyberHome Entertainment Co., Ltd., without prejudice, pursuant to Rule 41(a)(1)
3  of the Federal Rules of Civil Procedure.

5  DATED: September 28, 2006.

Respectfully,

JOHN EICHHORST
JEREMY T. KAMRAS
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation

By: _____/s/_____
       JOHN EICHHORST

Attorneys for Plaintiff CYBERHOME ENTERTAINMENT CO., LTD.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF DISMISSAL BY PLAINTIFF
-1-